| AO 10 Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2009 | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) McKee, Theodore A. | 2. Court or Organization Third Circuit | 3. Date of Report 8/11/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Judge | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2009 to 12/31/2009 |
| 7. Chambers or Office Address 20614 U.S. Courthouse 601 Market St. Philadelphia, Pa. 19106 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. GENERAL PARTNER | PUJKEE ASSOCIATES (see section viii) |
| 2. DIRECTOR | FOX CHASE CANCER CENTER |
| 3. ADVISORY BOARD | CITY YEAR OF GREATER PHILADELPHIA |
| 4. TRUSTEE | TEMPLE UNIVERSITY |
| 5. TRUSTEE | SYRACUSE UNIVERSITY |
| 6. BOARD OF VISITORS | TEMPLE LUNIVERSITY LAW SCHOOL |
| 7. BOARD OF VISITORS (Honorary Member) | SYRACUSE UNIVERSITY SCHOOL OF LAW |
| 8. BOARD OF DIRECTORS | VERA INSTITUTE OF JUSTICE |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

DISCLOSURE OFFICE 2010 AUG 13 A 10: 51 RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| McKee, Theodore A. | 8/11/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2009 | ADMINISTRATIVE OFFICE OF PA. COURTS | $12,000 |
| 2. Summer 09 | Fordham University College of Law (teaching, airfare to Ghana and lodging) | $10,000.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2009 | UNIVERSITY OF PA. - PRESBYTERIAN MEDICAL CENTER |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Judiical Conference of US Courts | May 4-6 | Washington D.C. | Judicial Conference | Travel and Lodging |
| 2. | Third Circuit Court of Appeals | Nov 30 - Dec 5 | St. Croix Virgin Islands | Court Sitting | Travel, Loging meals |
| 3. | VERA Institute of Justice | January 21 - 23 | New York City | Board Meeting | travel and lodging |
| 4. | Columbia Univ College of Law | Feb 24-25 | New York City | panel on legal issues sponsored by law school | travel |
| 5. | Debevoise & Plimpton | March 6 | New York City | panel participant in discussion of legal issues at lunch program | travel lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| McKee, Theodore A. | 8/11/2010 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | New York University | March 26-28 | New YOrk City | participate in selection of public interest fellowships | travel and lodging |
| 7. | Syracuse University College of Law | April 2 | Syarcuse New York | lecture on legal writng | travel - no loding (one day trip) |
| 8. | Syracuse University College of Law | April 21-22 | Syrcuse New YOrk | preside on Moot Court panel for law school | travel and loding |
| 9. | Sandra Day O'Connor Foundation | May 19-20 | Washington D.C. | participate in panel on legal issues affecting courts | travel and loding |
| 10. | American Constitution Society | August 2009 | Washington DC | panel discussion on legal issues | travel & possibly lodging |
| 11. | Federal Judicial Center | September 23-25 | Syarcuse New YOrk | FJC | airfare only |
| 12. | VERA INSTITUTE OF JUSTICE | October 8 - 9 | New York City | attend annual event and speech by Atty General Holder | (did not seek reimbursement) |
| 13. | Fordham Law School | October 19-20 | New York City | lecture on legal issues | transportation and lodging |
| 14. | ABA | November 6 | Washington D.C. | meeting of Council of the Criminal Justice Section | travel and lodging |
| 15. | Judicial Conference of US Courts | December 7-9 | California | meeting of Criminal Law Committee | travel and loding |
| 16. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKee, Theodore A. | 8/11/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. COMMERCIAL BANK | EQUITY LINE OF CREDIT | M |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKee, Theodore A. | 8/11/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. SEE SECTION VIII FOR MORE INFORMATION ABOUT THIS SECTION | | | | | | | | | |
| 2. CELG CELGENE CORP COM | A | Dividend | J | T | Buy | 2/27 | J | | |
| 3. CARDINAL HEALTH INC | A | Dividend | J | T | | | | | |
| 4. CENTURYTEL INC - CTL | A | Dividend | J | T | Buy | 5/9 | J | | |
| 5. DR HORTON COM STOCK | A | Dividend | | | Sold | 10/10 | J | A | |
| 6. COCA COLA | A | Dividend | J | T | | | | | |
| 7. COLGATE PALMOLIVE CORP | A | Dividend | J | T | Buy | 03/04/09 | J | | |
| 8. DOMINI SOCIAL INDEX FUND | A | Dividend | J | T | Buy | 10/10 | J | | |
| 9. DOMINI SOCIAL INDEX FUND | A | Dividend | J | T | | | | | |
| 10. DPL INC; DPL | A | Dividend | J | T | Buy | 2/27 | J | | |
| 11. EDISON INTL CALIF | A | Dividend | | | Closed | 5/9 | J | | |
| 12. EMBARQ CORP | A | Dividend | J | T | Buy | 5/9 | J | | |
| 13. ENTERGY CORP | A | Dividend | | | Closed | 5/9 | J | | |
| 14. EXCELON CORP | A | Dividend | | | Closed | 5/9 | J | | |
| 15. General Electric | A | Dividend | J | T | Buy | 3/23/09 | J | | |
| 16. FIRSTENERGY CORP, FE | A | Dividend | J | T | Buy | 2/27 | J | | |
| 17. IDEARC INC | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F $50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKee, Theodore A. | 8/11/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Fianncial Sector SPDRs (XLF) | A | Dividend | J | T | Buy | 3/16/09 | J | | |
| 19. FINANCIAL SPDRs (XLF) | A | Dividend | J | T | Buy | 3/4/09 | | | |
| 20. ILLUMINA INC COM | A | Dividend | J | T | Buy | 8/13 | J | | |
| 21. GENERAL ELECTRIC | A | Dividend | J | T | Buy | 3/19 | J | | |
| 22. INTEL | A | Dividend | J | T | | | | | |
| 23. JOHNSON & JOHNSON | A | Dividend | J | T | | | | | |
| 24. LENNAR CORP | A | Dividend | J | T | | | | | |
| 25. MEMC ELECTR MATLS INC | A | Dividend | J | T | Buy | 8/13 | J | | |
| 26. MERCK | A | Dividend | J | T | | | | | |
| 27. REBOK | A | Dividend | J | T | | | | | |
| 28. PAX WORLD SOCIAL FUND | A | Dividend | J | T | | | | | |
| 29. PG7 E CORP | A | Dividend | J | T | Buy | 2/27 | J | | |
| 30. PHARMACEUTICAL PROD DEV | A | Dividend | J | T | | | | | |
| 31. QUALCOMM | A | Dividend | J | T | Buy | 5/9 | J | | |
| 32. SLM CORP | A | Dividend | | | Closed | 3/18/09 | J | A | |
| 33. SSGA TUCKERMN REIT MUTUAL FUND | A | Dividend | J | T | | | | | |
| 34. STAPLES | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| (See Columns C1 and D3) | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKee, Theodore A. | 8/11/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. VERIZON | A | Dividend | J | T | | | | | |
| 36. WHOLE FOODS MARKET | A | Dividend | J | T | | | | | |
| 37. BEN AND JERRY'S | A | Dividend | J | T | | | | | |
| 38. APOLLO GROUP | A | Dividend | | | Closed | 3/19 | J | A | |
| 39. DRESHNER RCM BIOTECK FUND | A | Dividend | J | T | | | | | |
| 40. CITIZENS CORE GROWTH FUND | A | Dividend | J | T | | | | | |
| 41. CITIZENS EMERGING GROWH FUND | A | Dividend | J | T | | | | | |
| 42. CITIZENS GLOBAL EQUITY FUND | A | Dividend | J | T | | | | | |
| 43. MFS EMERGING GROWTH FUND | A | Dividend | J | T | | | | | |
| 44. CISCO | A | Dividend | J | T | | | | | |
| 45. DUKE ENERGY | A | Dividend | J | T | | | J | | |
| 46. DPL INC EXECUTED | A | Dividend | J | T | | | J | | |
| 47. EMBARQ | A | Dividend | J | T | Buy | 5/14 | J | | |
| 48. ENERGY EAST CORP COM STOCK SEE § VIII | A | Dividend | J | T | | | | | |
| 49. ENTERGY CORP | A | Dividend | J | T | Sold | 5/9 | J | A | |
| 50. EXELON CORP | A | Dividend | J | T | BUY | 1/16 | J | | |
| 51. EXELON CORP | A | Dividend | J | T | Buy | 2/27 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKee, Theodore A. | 8/11/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  EXELON CORP | A | Dividend | J | T | Sold | 5/9 | J | A | |
| 53.  FPL FPL GROUP INC | A | Dividend | J | T | Buy | 2/27 | J | | |
| 54.  FLOUR CORP NEW DEL COM | A | Distribution | J | T | Buy | 3/25 | J | | |
| 55.  GENERAL ELECTRIC | A | Dividend | J | T | Buy | 3/19 | J | | |
| 56.  PINNACLE WEST | A | Dividend | J | T | Sold | 2/27 | J | A | |
| 57.  NORTHEAST UTILITIES - SEE § VIII | A | Dividend | J | T | | | | | |
| 58.  PINNACLE WEST CAP | A | Dividend | | | BUY | 3/2 | J | | |
| 59.  PINNACLE WEST CAP CORP | A | Dividend | J | T | | | | | |
| 60.  PNM RESOURCES INC | A | Dividend | | | BUY | 5/19 | J | | |
| 61.  PG&E | A | Dividend | J | T | Sold | 2/27 | J | A | |
| 62.  PNM RESOURCES INC | A | Royalty | J | T | | | | | |
| 63.  RBC BEARINGS, INC | A | Dividend | J | T | BUY | 4/12 | J | | |
| 64.  SOUTHERN COMPANY | A | Dividend | J | T | BUY | 4/12 | J | | |
| 65.  TRANSOCEAN INC | A | Dividend | J | T | BUY | 4/12 | J | | |
| 66.  WISCONSIN ENERGY | A | Dividend | J | T | Buy | 5/9 | J | | |
| 67.  SEE § VIII FOR ADDITIONAL ITEMS FOR 2006 | | | | | | | | | |
| 68.  WASHINGTON MUTUAL FUND* SEE SECTION VIII | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes. | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKee, Theodore A. | 8/11/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. HEBRY SCHEIN STOCK* SEE SECTION VIII | A | Dividend | J | T | | | | | |
| 70. AMERICAN WASH MUTUAL AWSHX | A | Dividend | J | T | | | | | |
| 71. EURO PACIFIC FUND* see section VII | A | Dividend | J | T | | | | | |
| 72. XLF - FINANCIAL SECTOR SPDR | A | Dividend | J | T | Buy | 3/4/09 | J | | |
| 73. WELLPOINT | A | Dividend | J | T | Buy | 5/9 | J | | |
| 74. WELLPOINT | A | Dividend | J | T | Buy | 5/14 | J | | |
| 75. WELLPOINT | A | Dividend | J | T | Sold | 11/18 | J | A | |
| 76. WISCONSIN ENERGY CORP | A | Dividend | J | T | Buy | 5/9 | | | |
| 77. PLEXUS CORP | A | Dividend | J | T | Sold | 11/18 | J | A | |
| 78. ILLUMINA INC COM | A | Dividend | J | T | Sold | 11/18 | J | A | |
| 79. GENERAL CABLE CORP | A | Dividend | J | T | Sold | 11/18 | J | A | |
| 80. FLOUR CORP | A | Dividend | J | T | Sold | 11/18 | J | A | |
| 81. FRANKLIN FLTG RATE , FCFRX | A | Dividend | J | T | | | | | |
| 82. PPL CORPORATION | A | Dividend | J | T | | | | | |
| 83. PEPSICO INC | A | Dividend | J | T | | | | | |
| 84. QUALCOMM INC | A | Dividend | | | | | | | |
| 85. PG&E CORP -SEE SECTION VIII | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKee, Theodore A. | 8/11/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. CALVERT INCOME FUND | A | Dividend | J | T | | | | | |
| 87. AMERICAN EURO PACIFIC MUTUAL (SEE SECTION VIII) | A | Dividend | J | T | Closed | 06/15/09 | J | B | |
| 88. AMERICAN WASHINGTON MURUAL FUND | A | Dividend | | | | | | | |
| 89. CENTURY TELE INC (CTL) | | | J | T | Buy | 07/01/09 | J | | |
| 90. EMBARQ CORP | A | Dividend | J | T | Buy | 7/1/009 | | | |
| 91. NY ENERGY INC | A | Dividend | J | T | Buy | 8/11/09 | J | | |
| 92. CENTURY TELE INC | | | | | Closed | 11/18/09 | J | B | |
| 93. LOCKHEED MARTIN | | | | | Closed | 11/18/09 | J | | |
| 94. JOHNSON AND JOHNSON | | | | | Buy | 11/18/09 | J | | |
| 95. ALIANT ENERGY | A | Dividend | J | T | | | | | |
| 96. CMS ENERGY | A | Distribution | J | T | | | | | |
| 97. FIRST ENERGY | A | Dividend | J | T | | | | | |
| 98. NSTAR COM | | | | | Closed | 8/11/09 | J | | |
| 99. NV ENERGY | A | Dividend | J | T | Buy | 8/11/09 | | | |
| 100. VERIZON | A | Dividend | J | T | Buy | 11/18/09 | J | | |
| 101. YUM BRANDS INC | A | Dividend | J | T | Buy | 11/13/09 | J | | |
| 102. JOHNSON AND JOHNSON | A | Dividend | J | T | Buy | 11/13/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKee, Theodore A. | 8/11/2010 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. PAX WORLD SOCIAL FUND | A | Dividend | | | | | | | |

| 1. Income Gain Codes. (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKee, Theodore A. | 8/11/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

As I have explained in prior reports, the "Pujkee Assoc" limited partnership referred to in Part I is an informal partnership consisting of ▓▓▓▓▓ It is not a "for profit" enterprise.

Additional information can be provided if necessary, upon request.

LINE 85 - SECTION VII ON LINE 93, OF SECTION VII, WHEN LISTING INFORMATION FOR PP&G, I NOTICED THAT THIS SECURITY WAS INADVERTENTLY LISTED ON LAST YEAR'S FORM AS "PG7E CORP" BECAUSE OF A TYYPOGRAPHICAL ERROR.

LINE 87 - SECTION VII THE INFORMATION ON LNE 98 FOR AMERICAN EURO PACIFIC IS ENTERED TO THE BEST APPROXIMATION. IT WAS AN "EXCHANGE" IN ▓▓▓▓ IRA ACCOUNT. THE DATE IS ACCURATE. I HAVE USED AN ESTIMATE FOR THE GAIN AND THE VALUE CODES

LINE 1 SECTION VII - IN PREPARING THIS FORM, I REALIZED THAT THERE ARE 5 SECURITIES HELD IN ▓▓▓▓ IRA ACCOUNT THAT I SOMEHOW OVERLOOKED UNTIL NOW. I AM THEREFORE LISTING THEM BELOW ALONG WITH THE APPLICABLE INFORMATION FOR THE RELEVANT FDRs AND I SUBMIT THIS INFORMATION AS AN AMENDMENT TO EACH OF THE APPLICABLE FDR REPORTS. IF ADDITIONAL INFORMATION IS NEEDED OR THIS IS NOT SATISFACTORY, PLEASE LET ME KNOW:

GFACX - AMERICAN GROWTH FUND WAS ACQUIRED AUGUST 15, 2005 FOR VALUE CODE J; EACH YEAR SINCE THEN IT HAS PAID DIVIDENDS AND THE INCOME FOR EACH OF THE INTERVENING YEARS IS CODE A. THE GROSS VALUE AT THE END OF EACH INTERVENING REPORTING PERIOD WAS: J

PEPSICO CORP (PEP) WAS ACQUIRED ON JANUARY 1, 2006 FOR VALUE CODE J. EACH YEAR SINCE THEN IT HAS PAID DIVIDENDS VALUED AT CODE A - USING MARKET METHIOD.

PROCTOR & GAMBLE (PG) WAS ACQUIRED ON FEBRUARY 7, 2006 FOR AMOUNT J AND HAS PAID DIVIDENDS SINCE VALUED AT A - USING MARKET METHOD

FIRST ENERGY (FE) WAS ACQUIRED ON FEBRUARY 27, 2008 FOR VALUE J AND HAS PAID DIVIDENDS VALUED AT A - USING MARKET METHOD.

WISCONSIN ENERGY (WEC) WAS ACQUIRED MAY 9,. 2008 FOR VALUE J AND HAS SINCE PAID DIVIDENDS VALUED AT CODE A USING MARKET METHOD

JOHN HANCOCK MUTUAL FUND (JCVCX) WAS ACQUIRED ON AUGUST 15, 2005 FOR VALUE J AND HAS SINCE PAID DIVIDENDS AT AMOUNT A USING MKT METHOD

THE VALUE FOR EACH OF THESE SECURITIES AT THE END OF EACH INTERVENING YEAR WAS AMOUNT A USING MARKET METHIOD. I APOLOGIZE FOR THE INCONVENIENCE AND HOPE THAT THIS WILL BE SUFFICIENT TO AMEND THE FORMS AS EXPLAINED ABOVE. TO THE VERY BEST OF MY KNOWLEDGE, I DID NOT PARTICIPATE IN DECIDING ANY CASE INVOLVING ANY OF THESE COMPANIES SINCE THESE SECURITIES WERE ACQUIRED.

| Name of Person Reporting | Date of Report |
|---|---|
| McKee, Theodore A. | 8/11/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544